18607. BROOM *v.* THE STATE.

BLOODWORTH, J. None of the special grounds of the motion for a new trial shows any legal reason why the case should be tried again. There is some evidence which authorized the finding of the jury, the verdict has the approval of the trial judge, and no error was committed when the motion for a new trial was overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 10, 1928.

Larceny from house; from Whitfield superior court—Judge Pittman. October 31, 1927.

*D. W. Mitchell,* for plaintiff in error.

*John C. Mitchell, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.